# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Jose Alejandro SILVA-Becerril** | ) | Case No. |
| | ) | L-20-PO61555 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 25, 2020** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by an immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Jose Alejandro SILVA-Becerril, who admitted being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on February 25, 2020.

☐ Continued on the attached sheet.

/S/Alejandro Miranda
*Complainant's signature*

Alejandro Miranda, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: February 27, 2020

*Judge's signature*

City and state: Laredo, Texas

Sam Sheldon, U.S. Magistrate Judge
*Printed name and title*